Schwarzenbach Huber Company, appellee, v. More Manufacturing Company, appellant. Gen. No. 35,154.

Opinion filed December 2, 1931. Rehearing denied December 22, 1931.

Jacob Katz, for appellant; Max Lurie, of counsel. Musgrave, Oppenheim, Price & Ewins, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Equitable Trust Company of Chicago, appellee, v. A. Warshawsky & Company, Inc., appellant. Gen. No. 35,182.

Opinion filed December 2, 1931. Rehearing denied December 22, 1931.

Henry H. Koven, for appellant. Ungaro & Sherwood, for appellee; Gerard M. Ungaro, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

The Reuben H. Donnelley Corporation, appellant, v. W. M. Mc-Inerney, appellee. Gen. No. 35,210.

Opinion filed December 2, 1931.

Jaffe & Green, for appellant. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Cody Trust Company, appellee, v. Nathan Grossman et al., defendants, on interlocutory appeal of James H. Hooper, appellant. Gen. No. 35,612.

Opinion filed December 2, 1931. Rehearing denied December 22, 1931.

A. G. Dicus, for appellant. Defrees, Buckingham, Jones & Hoffman, for appellee; Vincent O'Brien and John M. Baker, of counsel.

Mr. Justice Wilson delivered the opinion of the court.